**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| FREEDOM INTERNATIONAL TRUCKS | : No. 220 EAL 2014 |
| | : |
| | : Petition for Allowance of Appeal from the |
| v. | : Order of the Commonwealth Court |
| | : |
| | : |
| WORKERS' COMPENSATION APPEAL | : |
| BOARD (LOH) | : |
| | : |
| | : |
| PETITION OF:  WILLIAM LOH | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.